UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD BROWN, | ) |
| | ) **ELECTRONICALLY FILED** |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 09-cv-253 |
| | ) |
| EXELON BUSINESS SERVICES | ) |
| COMPANY and CONCO SERVICES | ) |
| CORPORATION, | ) Judge Terrence F. McVerry |
| | ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT**

Defendant Exelon Business Services Company, LLC, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, provides the following Disclosure Statement:

1. Exelon Corporation is the parent company of Exelon Business Services Company. Exelon Corporation is publicly held and has no parent corporation.

2. No publicly held company, other than Exelon Corporation, owns more than 10% of Exelon Business Services Company. Company records do not reflect that any publicly held corporation holds more than 10% of Exelon Corporation's stock.

Respectfully submitted,

/s/ *Judith E. Harris*
Judith E. Harris (PA ID No. 50278)
Melissa A. Hill (PA ID No. 93603)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Phone:  215.963.5028/5818
Fax:     877.432.9652
Email:  jeharris@morganlewis.com
           melissa.hill@morganlewis.com

Dated May 18, 2009       *Counsel for Defendant*
                         *Exelon Business Services Company*